E-FILED
Thursday, 21 June, 2018  11:52:40 AM
Clerk, U.S. District Court, ILCD

FILED

JUN 20 2018

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-CR-300_____ |
| | ) | |
| CLAUDETTE BORDERS, | ) | VIO: 21 U.S.C. §§ 846, |
| RANDY HAMMOND, | ) | 841(a)(1), (b)(1)(A), and |
| JESSE STOLDORF, and | ) | (b)(1)(C); 18 U.S.C. §§ |
| RAYMOND TOTH, | ) | 924(c)(1)(A)(i), and 2. |
| Defendants. | ) | |
| | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE

1.      Beginning on an unknown date and continuing to on or about May 22, 2018, in the Central District of Illinois and elsewhere, the defendants,

### CLAUDETTE BORDERS, and
### JESSE STOLDORF,

knowingly and intentionally, combined, conspired and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute

and possess with the intent to distribute a controlled substance, namely, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2.     As part of the conspiracy, the defendants and others agreed to distribute and in fact did distribute a controlled substance, methamphetamine, obtained from Missouri.

3.     As a further part of the conspiracy, the defendants distributed methamphetamine from their trailer home in Pana, Illinois on May 3, 2018.

All in violation of Title 21, United States Code, Sections 846; 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWO

On or about May 3, 2018, in Christian County, in the Central District

of Illinois, the defendants,

### CLAUDETTE BORDERS, and
### JESSE STOLDORF,

knowingly and intentionally distributed a controlled substance, namely, a

mixture or substance containing a detectable amount of methamphetamine,

a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

(b)(1)(C), and Title 18, United States Code, Section 2.

3

## COUNT THREE

On or about May 22, 2018, in Christian County, in the Central District of Illinois, the defendant,

**RANDY HAMMOND,**

knowingly and intentionally possessed with intent to distribute a controlled substance, namely, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR

On or about May 22, 2018, in Christian County, in the Central District of Illinois, the defendant,

### RAYMOND TOTH,

knowingly and intentionally possessed with intent to distribute a controlled substance, namely, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

## COUNT FIVE

On or about May 22, 2018, in Christian County, in the Central District of Illinois, the defendant,

### RAYMOND TOTH,

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possessing with intent to distribute a controlled substance, namely, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as charged in Count Four.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

The allegations contained in Counts Four and Five are hereby incorporated as though fully set forth herein for the purposes of charging criminal forfeiture to the United States of America pursuant to Title 18, United States Code, Section 924(d). As a result of committing an offense in violation of Title 18, United States Code, Section 924(c), as charged herein, the defendant, **RAYMOND TOTH,** shall forfeit to the United States all firearms and ammunition involved in the particular aforesaid offenses as set forth in Counts Four and Five above, including but not limited to:

a) Smith & Wesson Model SD9VE 9mm pistol with serial number FYX5410.

A TRUE BILL,

s/ Foreperson

FOREPERSON

s/ Crystal Correa

for

JOHN E. CHILDRESS
UNITED STATES ATTORNEY
CCC